**ALVERSON TAYLOR & SANDERS**
KURT BONDS, ESQ.
Nevada Bar No. 6228
TREVOR WAITE, ESQ.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

WILLIE HENRY

Plaintiff,

v.

DOVENMUEHLE MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES LLC; IBEW PLUS CREDIT UNION; AND TRANS UNION LLC,

Defendants.

Case No. 2:19-cv-00360-MMD-NJK

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Plaintiff Willie Henry ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 28, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 22, 2019. Trans Union needs additional time to locate and assemble documents relating to Plaintiff's claims. Trans Union's counsel will then need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.





ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 12, 2019, provided that Trans Union's counsel participates in a 26(f) conference if scheduled prior to this date. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 18th day of March, 2019

**ALVERSON TAYLOR & SANDERS**

/s/ Trevor Waite
KURT BONDS.ESQ.
Nevada Bar No. 6228
TREVOR WAITE, ESQ.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com

**HAINES & KRIEGER, LLC and KNEPPER & CLARK, LLC**

/s/ David H. Krieger
David H. Krieger
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainsandkrieger.com
and
Matthew I. Knepper
Miles N. Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, Nevada 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
***Counsel for Plaintiff***
***Counsel for Trans Union LLC***



ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated March 19, 2019.

UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000