# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE HENRY,<br>    Plaintiff(s),<br>v.<br>DOVENMUEHLE MORTGAGE, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00360-MMD-NJK<br><br>**Order**<br><br>[Docket No. 11] |

Pending before the Court is Experian's motion to extend the deadline to respond to the complaint. Docket No. 11. Plaintiff is **ORDERED** to file a response by 11:59 p.m. tonight, March 21, 2019. Any reply shall be filed by noon tomorrow, March 22, 2019.

IT IS SO ORDERED.

Dated: March 21, 2019

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge