ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:   (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Dovenmuehle Mortgage, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE HENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DOVENMUEHLE MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; IBEW PLUS CREDIT UNION; AND TRANS UNION LLC,<br><br>    Defendants. | Case No.:   2:19-cv-00360-MMD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT DOVENMUEHLE MORTGAGE, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

    Plaintiff Willie Henry ("Plaintiff"), and Defendant Dovenmuehle Mortgage, Inc. ("DMI" and/or "Defendant"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Dovenmuehle Mortgage, Inc.'s Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

    On February 28, 2019, Plaintiff filed his Complaint. The current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is March 25, 2019. Defendant needs additional time to locate and assemble the documents relating to Plaintiff's claims and Defendant's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

    Counsel for DMI has appeared in the action, and agrees to attend any scheduled F.R.C.P. 26(f) conference despite not having filed a responsive pleading.

    Plaintiff has agreed to extend the deadline in which Defendant has to answer or otherwise respond to Plaintiff's Complaint up to and including April 24, 2019. This is the first stipulation

for extension of time for Defendant to respond to Plaintiff's Complaint, and is made in good faith and not intended to cause delay.

Dated: March __20th__, 2019    ZIEVE, BRODNAX & STEELE, LLP

    /s/ Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Dovenmuehle Mortgage, Inc.

Dated: March __20th__, 2019    KNEPPER & CLARK, LLC & HAINES & KRIEGER, LLC

    /s/Miles N. Clark, Esq.
Miles N. Clark, Esq.
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Email: miles.clark@knepperclark.com
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff, Willie Henry

## ORDER

The Joint Stipulation for Extension of Time for Defendant Dovenmuehle Mortgage, Inc. to file an answer or otherwise respond is so ORDERED and ADJUDGED.

IT IS SO ORDERED.
Dated: March 21, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**