Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE HENRY, <br><br> Plaintiffs, <br><br> vs. <br><br> DOVENMUEHLE MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, <br><br> Defendants. | Case No.: 2:19-cv-00360-MMD-NJK <br><br> **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS COMPLAINT** <br><br> **[FIRST REQUEST]** |

/ / /

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 1

Plaintiff Willie Henry ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby move jointly to extend Plaintiff's deadline to file a response to Experian's Motion to Dismiss Complaint (7) seven days.

1. On February 28, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On April 15, 2019, Experian filed a Motion to Dismiss the Complaint [ECF Dkt.11].

3. Plaintiff's Response is due April 29, 2019.

4. Plaintiff and Experian have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel to contact the client to address Experian's pending motion to dismiss and obtain approval to file the response. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to respond to Experian's Motion to Dismiss Complaint until **May 6, 2019**. This joint motion is made in good faith, is not interposed

/ / /

for delay, and is not filed for an improper purpose.

Dated April 29, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Cheryl L. O'Connor, Esq. |
| Nevada Bar No. 9086 | 3161 Michelson Drive |
| 8985 S. Eastern Avenue, Suite 350 | Irvine, CA 92612 |
| Henderson, NV 89123 | Email: coconnor@jonesday.com |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

## ORDER GRANTING
## JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
## EXPERIAN'S MOTION TO DISMISS COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 29, 2019

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 3

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on April 29, 2019, I caused the document **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS COMPLAINT** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 4