**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| WILLIE HENRY<br><br>Plaintiff,<br><br>v.<br><br>DOVENMUEHLE MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES LLC; IBEW PLUS CREDIT UNION; AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-00360-MMD-NJK |

**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

  Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., of the law firm Alverson Taylor & Sanders (the "firm"), as counsel for Trans Union LLC, (the "Party"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

1                  KB/26112

## MEMORANDUM OF POINTS AND AUTHORITIES

The parties are no longer involved in this matter so that ECF notice to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq.

Dated this 23rd day of September, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
**KURT BONDS.ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

## COURT APPROVAL

IT IS SO ORDERED.

Date: September 24, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

2    KB/26112