Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE HENRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 2:19-cv-00360-MMD-NJK <br><br> **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** <br><br> Complaint filed: February 28, 2019 |

PLEASE TAKE NOTICE that Plaintiff Willie Henry, Jr., ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court, and Experian is the only remaining defendant. Plaintiff hereby stipulates that all of his claims and causes of action against Experian, which were or could have been the

subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated June 25, 2020.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer L. Braster, Esq., SBN 9982 |
| Miles N. Clark, Esq., SBN 13848 | Andrew J. Sharples, Esq., SBN 12866 |
| 5510 So. Fort Apache Rd, Suite 30 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **KRIEGER LAW GROUP, LLC** | **JONES DAY** |
| David H. Krieger, Esq., SBN 9086 | Cheryl L. O'Connor, Esq., SBN 14745 |
| Shawn W. Miller, Esq., SBN 7825 | 3161 Michelson Drive |
| 2850 W. Horizon Ridge Parkway, Suite 200 | Irvine, CA 92612 |
| Henderson, NV 89052 | Email: coconnor@jonesday.com |
| Email: dkrieger@kriegerlawgroup.com | |
| Email: smiller@kriegerlawgroup.com | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  25th day of     June         2020

*Henry v. Dovenmuehle Mortgage et al*
*Case No. 2:19-cv-00360-MMD-NJK*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430